AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED
2021 JUN 14 PM 1:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

ANTONIO TOLES
_Petitioner_

v.

Case No. 5:21-cv-320-JLB-PRL
_(Supplied by Clerk of Court)_

Warden - FCC Coleman USP-1
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Antonio Toles
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCC Coleman United States Penitentiary -1
   (b) Address: Federal Correctional Complex USP-1
   P.O. Box 1033 Coleman, Florida. 33521-1033
   (c) Your identification number: 26163-001

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court for the Northern District of Alabama, Middle Division.
   (b) Docket number of criminal case: 2:06-CR-573-VEH-RRA
   (c) Date of sentencing: 5-10-2007
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _Northern District of Alabama, Middle Division_

   (b) Docket number, case number, or opinion number: _2:06-CR-573-VEH-RRA_

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _Invalid indictment under 18 U.S.C. §922(g)(1). There is a missing element in the charged offense of the status element which requires a defendants knowledge of relevent status_

   (d) Date of the decision or action: _5-10-2007_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes    ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes    ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: Because my attorney did not advise me of the flaws in my 922(g)(1) indictment

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes   ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes   ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised: The court did not have jurisdiction to impose a sentence because the grand jury indictment did not contain all the essential elements prescribed in an indictment. A guilty plea is constitutionally valid only to the extent that it is voluntary and intelligent. A plea does not qualify as intelligent if the defendant does not receive real notice of the true nature of the charge against him which is the first and universally recognized requirement of due process.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because this is the remedy for relief in the Light of Supreme Court Decision in US. v. Smith (20-50304) SCT May, 2021 and in the Light of Supreme Court Pending Decision in United States v. Gary, (NO. 20-444) and Greer v. United States (NO. 19-8709) This § 2241 is argued concerning illegal detainment under an invalid conviction and sentence.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes      ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes      ☑ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Compassionate Release Under Title 18 U.S.C. §3582(c)(1)(A)

(b) Name of the authority, agency, or court: United States District Court for the Northern District of Alabama, Middle Division.

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: Pending

(f) Date of result: _____

(g) Issues raised: Extraordinary and Compelling reasons under Rehaif v United States to violation under Title 18, U.S.C. 922(g)(1) Supreme Court Decision June 21, 2019 and medical reasons type 2 diabetes in the mist of this Covid-19 pandemic.

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Illegal Detainment. The federal grand jury indictment, the conviction, and the sentence were invalid. See: United States v. Quazi 975 F.3d 989 May 11, 2020. And Supreme Court Decision in Rehaif v. U.S.; and U.S. v. Smith. Also pending Supreme Court Decision in U.S. v Gary and Greer v. U.S. (U.S v. Smith (20-50304))

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Title 18 U.S.C. § 922(g)(1) has a missing element as to the "knowing" what requires a defendant knowledge of revelant status. The plea agreement and the guilty plea is invalid because the offense failed to provide all the essential elements to constitute an offense under U.S. code

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Because I had ineffective counsel that was not knowledgeable enough to recognize the flaws in my indictment, therefore he could not properly advise me.

**Request for Relief**

15. State exactly what you want the court to do: Petitioner would like to be released "immediately" from this illegal sentence and paid restitution for the U.S. constitutional 5th, 6th, 8th, and 16th Amendment violations.

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

May, 18Th 2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May 18Th 2021

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Page 10 of 10

Antonio Toles 27763-001/D-130
Federal Correctional Complex USP
P.O. Box 1033
Coleman, Florida. 33521-1033

United States District Court.
Office of the Clerk,
Golden Collum Memorial Federal Building + US Courthouse
207 N.W. 2nd Street, Room 337
Ocala, Florida. 34475-6666

SCREENED
BY USM